# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VERNON REEVES, | Civil Action No. 1:20-cv-579 |
| Plaintiff, | Cole, J. |
| | Bowman, M.J |
| vs. | |
| METRO BUS HEADQUARTERS, | |
| Defendant. | |

## REPORT AND RECOMMENDATION

Plaintiff filed the instant *pro se* action against Defendant Metro Bus Headquarters on July 24, 2020. (Doc. 1). Thereafter, on August 26, 2020, Plaintiff filed the instant motion for Default Judgment asserting that defendant has failed to timely answer or plead in this matter. (Doc. 6). Plaintiff's motion is not well taken.

At the time Plaintiff's motion was filed, there is no indication that the defendant had been properly served with Plaintiff's Summons and Complaint. Notably, on November 30, 2020, Plaintiff was ordered to re-serve Defendant within 30 days. (doc. 7). Accordingly, there is no evidence that Defendant has failed to plead or otherwise defend in this action. Plaintiff's motion (Doc. 6) is premature and should be **DENIED as MOOT.**

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| VERNON REEVES, | Civil Action No. 1:20-cv-579 |
| Plaintiff, | Cole, J. |
| | Bowman, M.J |
| vs. | |
| METRO BUS HEADQUARTERS, | |
| Defendant. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).